Force Placed Insurance                                                                 Page 1 of 5



# Invoices

Select Billing Period: 10/31/2010 

**Alameda Associates**
**LICENSE #0462461**
**P.O. Box B**
**Alameda, CA 94501-0292**

FAY RUDIO                                                           Invoice: 1010-2058E
fayrudio@wellsfargo.com                                             Invoice Date: 10/31/2010
WELLS FARGO COMMERCIAL MORTGAGE
1901 HARRISON ST., 2ND FL.
OAKLAND, CA 94612

Billing Report for the month of October, 2010

*Redacted*

| Empire Holdings | | MAC A0227-020 | 14,560,000 | 09/01/10 | BLDG | 31,636.26 | Added 09/01/10 |

7300-7310 Governor Ritchie Hwy, Glen Burnie,, MD 20161
Notes: Coverage and amount requested per SS Sheila Collins @ c3cp.

| Empire Holdings | | MAC A0227-020 | 3,000,000 | 09/01/10 | BUSIN | 3,861.30 | Added 09/01/10 |

7300-7310 Governor Ritchie Hwy, Glen Burnie,, MD 20161
Notes: Coverages and amount requested per SS Sheila Collins @ c3cp.

*Redacted*

**E150**