

JAMES F. SCHNEIDER
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(<u>Baltimore Division</u>)

| | | |
|---|---|---|
| IN RE: | * | |
| | * | |
| EMPIRE TOWERS CORPORATION | * | CASE NO. 10-34611-JS |
| | * | CHAPTER 7 |
| DEBTOR. | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### ORDER GRANTING APPLICATION BY CHAPTER 7 TRUSTEE TO EMPLOY LAW OFFICES OF MICHAEL G. RINN AS SPECIAL LITIGATION COUNSEL

UPON CONSIDERATION of the Application by Chapter 7 Trustee to Employ Law Offices of Michael G. Rinn as Special Litigation Counsel (the "Application"), and it appearing that cause exists to authorize the Trustee to employ special litigation counsel in this proceeding, it is, by the United States Bankruptcy Court for the District of Maryland, hereby:

**ORDERED**, that the Application is **GRANTED**; and it is further

**ORDERED**, that the Chapter 7 Trustee is authorized to employ Michael G. Rinn, Esquire and the Law Offices of Michael G. Rinn to represent the Trustee in matters in which the Trustee's present counsel is precluded from representing the Trustee; and it is further

**ORDERED**, that all fees and expenses of the Law Firm of Michael G. Rinn shall be subject to application and further Order of this Court.

**COPIES TO:**

cc:  Joseph J. Bellinger, Esquire
 Michael G. Rinn, Esquire
 Robert Siegel, Esquire
 Aryeh E. Stein, Esquire
 Empire Towers Corporation
 Byron L. Huffman, Esquire
 Office of the United States Trustee

**\*\* END OF ORDER \*\***