# Billing Details for Client No. 12012 -  Empire Towers Corporation                           Protiviti Inc.
11/6/2012 through 8/31/2016

Detail by Service Code

| Code | Record No. | Name | Date | Hours | Rate | Amount | Detail |
|---|---|---|---|---|---|---|---|
| 459 | | **BANKRUPTCY-TAX ISSUES:** Analysis of tax issues and preparation of state and federal tax returns. | | | | | |
| | 1 | CROCKETT, TIMOTHY A | 11/6/2012 | 0.60 | $390.00 | $234.00 | REVIEW OF DOCUMENTS RELATIVE TO PREPARATION OF E-MAIL TO J. BELLINGER OF INFORMATION REQUIRED TO PREPARE FORM 1120 AND MARYLAND FORM 500 INCOME TAX RETURNS. |
| | 2 | CROCKETT, TIMOTHY A | 10/18/2013 | 1.00 | $410.00 | $410.00 | PREPARATION FOR AND MEETING WITH J. BELLINGER AND FILE REVIEW INCIDENT TO TAX RETURN PREPARATION. |
| | 3 | CROCKETT, TIMOTHY A | 6/2/2015 | 2.40 | $460.00 | $1,104.00 | REVIEW AND RESPOND TO E-MAIL FROM B. PSORSAS REGARDING INFORMATION REQUIRED TO COMPLETE THE TAX FILING OBLIGATIONS AND ACCESS PACER AND PRINT AND REVIEW BANKRUPTCY DOCUMENTS. |
| | 4 | CROCKETT, TIMOTHY A | 6/16/2015 | 3.20 | $460.00 | $1,472.00 | REVIEW BANKRUPTCY DOCUMENTS AND PREPARE LIST OF INFORMATION REQUIRED TO PREPARE TAX RETURNS. |
| | 5 | CROCKETT, TIMOTHY A | 9/18/2015 | 0.30 | $460.00 | $138.00 | REVIEW AND RESPOND TO J. BELLINGER E-MAIL REGARDING TAX RETURN PREPARATION. |
| | 6 | CROCKETT, TIMOTHY A | 12/1/2015 | 0.40 | $460.00 | $184.00 | PREPARATION FOR AND PHONE CALL / MESSAGE FOR J. BELLINGER REGARDING CASE STATUS. |
| | 7 | CROCKETT, TIMOTHY A | 1/11/2016 | 0.90 | $485.00 | $436.50 | PREPARATION OF INFORMATION RELEASE LETTER FOR J. BELLINGER IN ORDER TO OBTAIN PRIOR YEAR TAX RETURNS. |
| | 8 | CROCKETT, TIMOTHY A | 1/11/2016 | 1.10 | $485.00 | $533.50 | REVIEW AND RESPOND TO E-MAIL FROM J. BELLINGER REGARDING STATUS OF TAX RETURN PREPARATION. |
| | 9 | CROCKETT, TIMOTHY A | 1/11/2016 | 0.50 | $485.00 | $242.50 | PREPARATION FOR AND PHONE CALL TO B. HOFFMAN ESQ., REGARDING PRIOR YEAR FINANCIAL AND TAX DATA. |
| | 10 | CROCKETT, TIMOTHY A | 1/11/2016 | 0.50 | $485.00 | $242.50 | PREPARATION FOR AND PHONE CALL TO FRANK DELLA NOCE, CPA., REGARDING PRIOR YEAR FINANCIAL AND TAX DATA. |
| | 11 | CROCKETT, TIMOTHY A | 1/14/2016 | 0.90 | $485.00 | $436.50 | PREPARATION FOR AND PHONE CALL WITH FRANK NOCE, CPA REGARDING RELEASE FORM RELATED TO PRIOR YEAR TAX RETURNS AND PREPARATION OF E-MAIL REGARDING THE SAME. |
| | 12 | CROCKETT, TIMOTHY A | 2/24/2016 | 0.50 | $485.00 | $242.50 | REVIEW OF THE 2009 - 2011 QUICKBOOKS REPORTS PROVIDED BY B. HUFFMAN. |

Billing Details for Client No. 12012 -     Empire Towers Corporation                                                                 Protiviti Inc.
11/6/2012 through 8/31/2016
Detail by Service Code

| Code | Record No. | Name | Date | Hours | Rate | Amount | Detail |
|---|---|---|---|---|---|---|---|
| 459 | **BANKRUPTCY-TAX ISSUES:** | | Analysis of tax issues and preparation of state and federal tax returns. | | | | |
| | 13 | CROCKETT, TIMOTHY A | 2/25/2016 | 0.50 | $485.00 | $242.50 | REVIEW AND RESPOND TO E-MAIL FROM J. BELLINGER REGARDING TAX RETURN PREPARATION AND IRS AND COMPTROLLER OF MARYLAND COMPLIANCE MATTERS. |
| | 14 | CROCKETT, TIMOTHY A | 2/26/2016 | 0.30 | $485.00 | $145.50 | PREPARATION OF E-MAIL TO J. BELLINGER REGARDING TAX FILING DISCLOSURES. |
| | 15 | CROCKETT, TIMOTHY A | 4/22/2016 | 2.70 | $485.00 | $1,309.50 | REVIEW AND ANALYSIS OF AVAILABLE 2010 AND 2011 FINANCIAL DATA INCIDENT TO PREPARATION OF THE 2011 BEGINNING AND ENDING BALANCE SHEETS AND INCOME ACTIVITY. |
| | 16 | CROCKETT, TIMOTHY A | 4/22/2016 | 1.90 | $485.00 | $921.50 | PREPARATION OF 2011 JOURNAL ENTRIES AND RECONCILIATION OF BEGINNING AND ENDING BALANCE SHEETS. |
| | 17 | CROCKETT, TIMOTHY A | 4/22/2016 | 2.40 | $485.00 | $1,164.00 | PREPARATION OF THE 2011 TRIAL BALANCE. |
| | 18 | CROCKETT, TIMOTHY A | 4/27/2016 | 0.30 | $485.00 | $145.50 | REVIEW AND ADJUST THE 2011 BANKRUPTCY CODE SECTION 704 STATEMENT. |
| | 19 | CROCKETT, TIMOTHY A | 4/27/2016 | 0.30 | $485.00 | $145.50 | REVIEW AND ADJUST THE 2012 BANKRUPTCY CODE SECTION 704 STATEMENT. |
| | 20 | CROCKETT, TIMOTHY A | 4/27/2016 | 0.30 | $485.00 | $145.50 | REVIEW AND ADJUST THE 2013 BANKRUPTCY CODE SECTION 704 STATEMENT. |
| | 21 | CROCKETT, TIMOTHY A | 4/27/2016 | 0.30 | $485.00 | $145.50 | REVIEW AND ADJUST THE 2014 BANKRUPTCY CODE SECTION 704 STATEMENT. |
| | 22 | CROCKETT, TIMOTHY A | 4/27/2016 | 0.30 | $485.00 | $145.50 | REVIEW AND ADJUST THE 2015 BANKRUPTCY CODE SECTION 704 STATEMENT. |
| | 23 | CROCKETT, TIMOTHY A | 4/27/2016 | 0.20 | $485.00 | $97.00 | REVIEW AND ADJUST THE 2015 MARYLAND, BANKRUPTCY CODE SECTION 505(B) STATEMENT. |
| | 24 | CROCKETT, TIMOTHY A | 4/27/2016 | 0.20 | $485.00 | $97.00 | REVIEW AND ADJUST THE 2011 FEDERAL, BANKRUPTCY CODE SECTION 505(B) STATEMENT. |
| | 25 | CROCKETT, TIMOTHY A | 4/27/2016 | 0.20 | $485.00 | $97.00 | REVIEW AND ADJUST THE 2011 MARYLAND, BANKRUPTCY CODE SECTION 505(B) STATEMENT. |

Billing Details for Client No. 12012 -     Empire Towers Corporation                                               Protiviti Inc.
11/6/2012 through 8/31/2016
Detail by Service Code

| Code | Record No. | Name | Date | Hours | Rate | Amount | Detail |
|---|---|---|---|---|---|---|---|
| 459 | | **BANKRUPTCY-TAX ISSUES:** | Analysis of tax issues and preparation of state and federal tax returns. | | | | |
| | 26 | CROCKETT, TIMOTHY A | 4/27/2016 | 0.20 | $485.00 | $97.00 | REVIEW AND ADJUST THE 2012 FEDERAL, BANKRUPTCY CODE SECTION 505(B) STATEMENT. |
| | 27 | CROCKETT, TIMOTHY A | 4/27/2016 | 0.20 | $485.00 | $97.00 | REVIEW AND ADJUST THE 2011 MARYLAND, BANKRUPTCY CODE SECTION 505(B) STATEMENT. |
| | 28 | CROCKETT, TIMOTHY A | 4/27/2016 | 0.20 | $485.00 | $97.00 | REVIEW AND ADJUST THE 2013 FEDERAL, BANKRUPTCY CODE SECTION 505(B) STATEMENT. |
| | 29 | CROCKETT, TIMOTHY A | 4/27/2016 | 0.20 | $485.00 | $97.00 | REVIEW AND ADJUST THE 2013 MARYLAND, BANKRUPTCY CODE SECTION 505(B) STATEMENT. |
| | 30 | CROCKETT, TIMOTHY A | 4/27/2016 | 0.20 | $485.00 | $97.00 | REVIEW AND ADJUST THE 2014 FEDERAL, BANKRUPTCY CODE SECTION 505(B) STATEMENT. |
| | 31 | CROCKETT, TIMOTHY A | 4/27/2016 | 0.20 | $485.00 | $97.00 | REVIEW AND ADJUST THE 2015 FEDERAL, BANKRUPTCY CODE SECTION 505(B) STATEMENT. |
| | 32 | CROCKETT, TIMOTHY A | 4/27/2016 | 0.20 | $485.00 | $97.00 | REVIEW AND ADJUST THE 2014 MARYLAND, BANKRUPTCY CODE SECTION 505(B) STATEMENT. |
| | 33 | CROCKETT, TIMOTHY A | 4/28/2016 | 0.90 | $485.00 | $436.50 | INITIAL REVIEW AND ADJUSTMENTS TO THE 2015 FORM 1120 AND MARYLAND FORM 500 INCOME TAX RETURNS. |
| | 34 | CROCKETT, TIMOTHY A | 4/28/2016 | 0.90 | $485.00 | $436.50 | INITIAL REVIEW AND ADJUSTMENTS TO THE 2014 FORM 1120 AND MARYLAND FORM 500 INCOME TAX RETURNS. |
| | 35 | CROCKETT, TIMOTHY A | 4/28/2016 | 0.90 | $485.00 | $436.50 | INITIAL REVIEW AND ADJUSTMENTS TO THE 2013 FORM 1120 AND MARYLAND FORM 500 INCOME TAX RETURNS. |
| | 36 | CROCKETT, TIMOTHY A | 4/28/2016 | 0.90 | $485.00 | $436.50 | INITIAL REVIEW AND ADJUSTMENTS TO THE 2012 FORM 1120 AND MARYLAND FORM 500 INCOME TAX RETURNS. |
| | 37 | CROCKETT, TIMOTHY A | 4/28/2016 | 1.30 | $485.00 | $630.50 | INITIAL REVIEW AND ADJUSTMENTS TO THE 2011 FORM 1120 AND MARYLAND FORM 500 INCOME TAX RETURNS. |
| | 38 | CROCKETT, TIMOTHY A | 4/29/2016 | 0.70 | $485.00 | $339.50 | PREPARE AND POST ADJUSTING JOURNAL ENTRIES TO THE 2015 TRIAL BALANCE INCIDENT TO 2015 TAX RETURN PREPARATION. |

Billing Details for Client No. 12012 -     Empire Towers Corporation                                         Protiviti Inc.
11/6/2012 through 8/31/2016
Detail by Service Code

| Code | Record No. | Name | Date | Hours | Rate | Amount | Detail |
|---|---|---|---|---|---|---|---|
| 459 | | **BANKRUPTCY-TAX ISSUES:** | Analysis of tax issues and preparation of state and federal tax returns. | | | | |
| | 39 | CROCKETT, TIMOTHY A | 4/29/2016 | 0.80 | $485.00 | $388.00 | PREPARE AND POST ADJUSTING JOURNAL ENTRIES TO THE 2012 TRIAL BALANCE INCIDENT TO 2012 TAX RETURN PREPARATION. |
| | 40 | CROCKETT, TIMOTHY A | 4/29/2016 | 2.50 | $485.00 | $1,212.50 | PREPARE AND POST ADJUSTING JOURNAL ENTRIES TO THE 2011 TRIAL BALANCE INCIDENT TO 2011 TAX RETURN PREPARATION. |
| | 41 | CROCKETT, TIMOTHY A | 4/29/2016 | 0.70 | $485.00 | $339.50 | PREPARE AND POST ADJUSTING JOURNAL ENTRIES TO THE 2014 TRIAL BALANCE INCIDENT TO 2014 TAX RETURN PREPARATION. |
| | 42 | CROCKETT, TIMOTHY A | 4/29/2016 | 0.70 | $485.00 | $339.50 | PREPARE AND POST ADJUSTING JOURNAL ENTRIES TO THE 2013 TRIAL BALANCE INCIDENT TO 2013 TAX RETURN PREPARATION. |
| | 43 | CROCKETT, TIMOTHY A | 7/21/2016 | 2.20 | $485.00 | $1,067.00 | REVIEW AND ANALYSIS OF THE FORECLOSURE SALE OF THE EMPIRE TOWERS BUILDING INCIDENT TO PREPARATION OF FORM 1120 AND MARYLAND FORM 500 TAX RETURNS. |
| | 44 | CROCKETT, TIMOTHY A | 7/22/2016 | 2.00 | $485.00 | $970.00 | REVIEW AND ADJUST THE 2011 TRIAL BALANCE TO REPORT THE FORECLOSURE THE ESTATE'S REAL PROPERTY. |
| | 45 | CROCKETT, TIMOTHY A | 8/3/2016 | 1.40 | $485.00 | $679.00 | REVIEW AND ANALYSIS OF THE 2011 FORECLOSURE SALE DOCUMENTS RELATIVE TO 2011 FORM 1120 TAX RETURN PREPARATION. |
| | 46 | CROCKETT, TIMOTHY A | 8/5/2016 | 4.00 | $485.00 | $1,940.00 | ANALYSIS REGARDING 2011 FORECLOSURE SALE, GAIN COMPUTATION, COD INCOME, IRC SECTION 1231 GAIN AND UPDATE AND ADJUST 2011 TRIAL BALANCE. |
| | 47 | CROCKETT, TIMOTHY A | 8/8/2016 | 2.00 | $485.00 | $970.00 | RESEARCH ASSOCIATED WITH FORECLOSURE SALE, CHAPTER 7 DISCHARGE / NON DISCHARGE OF DEBT AND IMPACT ON GAIN / LOSS ON |
| | 48 | CROCKETT, TIMOTHY A | 8/10/2016 | 1.00 | $485.00 | $485.00 | UPDATE AND ADJUST 2011 ADJUSTING JOURNAL ENTRIES AND TRIAL BALANCE INCIDENT TO COMPLETING THE 2011 FORM 1120 AND MARYLAND FORM 500 TAX RETURNS. |
| | 49 | CROCKETT, TIMOTHY A | 8/15/2016 | 2.10 | $485.00 | $1,018.50 | REVIEW AND FINALIZE THE 2011 TRIAL BALANCE AND JOURNAL ENTRIES. |
| | 50 | CROCKETT, TIMOTHY A | 8/15/2016 | 0.40 | $485.00 | $194.00 | REVIEW AND ADJUST THE 2011 BAD DEBT EXPENSE TAX RETURN STATEMENT. |

Billing Details for Client No. 12012 -    Empire Towers Corporation                                                    Protiviti Inc.
11/6/2012 through 8/31/2016
Detail by Service Code

| Code | Record No. | Name | Date | Hours | Rate | Amount | Detail |
|---|---|---|---|---|---|---|---|
| 459 | | BANKRUPTCY-TAX ISSUES: | Analysis of tax issues and preparation of state and federal tax returns. | | | | |
| | 51 | CROCKETT, TIMOTHY A | 8/17/2016 | 0.90 | $485.00 | $436.50 | REVIEW AND FINALIZE THE 2013 TRIAL BALANCE AND JOURNAL ENTRIES. |
| | 52 | CROCKETT, TIMOTHY A | 8/17/2016 | 0.80 | $485.00 | $388.00 | REVIEW AND FINALIZE THE 2014 TRIAL BALANCE AND JOURNAL ENTRIES. |
| | 53 | CROCKETT, TIMOTHY A | 8/17/2016 | 0.90 | $485.00 | $436.50 | REVIEW AND FINALIZE THE 2012 TRIAL BALANCE AND JOURNAL ENTRIES. |
| | 54 | CROCKETT, TIMOTHY A | 8/17/2016 | 0.80 | $485.00 | $388.00 | REVIEW AND FINALIZE THE 2015 TRIAL BALANCE AND JOURNAL ENTRIES. |
| | 55 | CROCKETT, TIMOTHY A | 8/18/2016 | 2.30 | $485.00 | $1,115.50 | REVIEW AND ADJUST THE 2013 FORM 1120 AND MARYLAND FORM 500 TAX RETURNS. |
| | 56 | CROCKETT, TIMOTHY A | 8/18/2016 | 2.90 | $485.00 | $1,406.50 | REVIEW AND ADJUST THE 2012 FORM 1120 AND MARYLAND FORM 500 TAX RETURNS. |
| | 57 | CROCKETT, TIMOTHY A | 8/18/2016 | 3.10 | $485.00 | $1,503.50 | REVIEW AND ADJUST THE 2011 FORM 1120 AND MARYLAND FORM 500 TAX RETURNS. |
| | 58 | CROCKETT, TIMOTHY A | 8/19/2016 | 2.00 | $485.00 | $970.00 | REVIEW AND ADJUST THE 2014 FORM 1120 AND MARYLAND FORM 500 TAX RETURNS. |
| | 59 | CROCKETT, TIMOTHY A | 8/19/2016 | 1.40 | $485.00 | $679.00 | REVIEW AND ADJUST THE 2015 FORM 1120 AND MARYLAND FORM 500 TAX RETURNS. |
| | 60 | CROCKETT, TIMOTHY A | 8/21/2016 | 1.00 | $485.00 | $485.00 | FINAL REVIEW OF THE 2011 - 2015 FORM 1120 AND MARYLAND FORM 500 TAX RETURNS. |
| | | **Subtotal   for Service Code 459** | | **65.10** | **$480.55** | **$31,284.00** | |

Billing Details for Client No. 12012 -     Empire Towers Corporation                                                Protiviti Inc.
11/6/2012 through 8/31/2016
Detail by Service Code

| Code | Record No. | Name | Date | Hours | Rate | Amount | Detail |
|------|------------|------|------|-------|------|--------|--------|
| **Total Fees for Client No. 12012 -** | | **Empire Towers Corporation** | | **65.10** | **$480.55** | **$31,284.00** | |

Billing Details for Client No. 12012 -    Empire Towers Corporation                                                Protiviti Inc.
11/6/2012 through 8/31/2016
Detail by Service Code

| Code | Record No. | Name | Date | Hours | Rate | Amount | Detail |
|---|---|---|---|---|---|---|---|
| **Total for Client No. 12012 -** | | **Empire Towers Corporation** | | | | **$31,284.00** | |